## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IRWIN WILES** | ) C.A. NO. |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) DIVISION: |
| | ) |
| **VEOLIA WATER NORTH AMERICA, VEOLIA WATER NORTH AMERICA - SOUTH, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA ENVIRONMENTAL SERVICES, AND ZURICH AMERICAN INSURANCE** | ) ) ) ) ) ) ) |
| | ) |
|     **Defendant.** | ) |

## PETITION FOR REMOVAL

Defendants, Veolia Water North America - South, LLC, Veolia Water North America Operating Services, LLC, Veolia Environmental Services, and Zurich American Insurance Company, petition for removal of an action instituted by plaintiff, Irwin Wiles, against defendants, currently pending in the 34th Judicial District Court for the Parish of St. Bernard, Docket No. 118-100, Division "B". Petitioner respectfully shows that:

1.  Defendant Veolia Water North America Operating Services, LLC is a Limited Liability Company organized in the State of Delaware, and having its principal place of business in Indiana. No member of Veolia Water North America Operating Services, LLC is a domiciliary or resident of the State of Louisiana. Veolia Water North American Operating Services, LLC operates a plant at 500 Bonita Street, Chalmette, Louisiana.

2.  Defendant Veolia Water North America - South, LLC is a Limited Liability Company organized in the State of Delaware, and having its principal place of business in Indiana. No member of Veolia Water North America - South, LLC is a domiciliary or resident of the State of Louisiana. Veolia Water North America - South, LLC has nothing to do with the operation of the plant at 500 Bonita Street, Chalmette, Louisiana.

3.  Defendants Veolia Environmental Services, and Veolia Water North America do not exist as legal entities, are not subject to being named in a lawsuit, and have nothing to do with the operation of the plant at 500 Bonita Street, Chalmette, Louisiana.

4.  Zurich American Insurance Company is a corporation incorporated in the State of New York, with its statutory offices in New York and with its principal place of business in Illinois.

5.  On August 26, 2011, plaintiff instituted an action against defendant in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, by filing in said Court as the initial pleading a Petition for Damages, setting forth an action against defendants for alleged negligence. (See Exhibit A).

6. Irwin Wiles, in his petition, avers that he is a resident of the State of Louisiana.

7. Irwin Wiles alleges that he was exposed to hazardous and toxic chemical products for a protracted period of time and sustained severe bodily injuries as a result, including: pain and suffering, medical expenses, disability, disfigurement, loss of enjoyment of life, loss of income, loss of earning capacity, fear of developing cancer and other fatal and debilitating diseases, fear of mutation and birth defects, and loss of consortium. See Exhibit A, Paragraph 16. Based upon a fair reading of the damages allegations of the Petition filed by Irwin Wiles, defendants aver that the amount in controversy exceeds $75,000.

8. A copy of plaintiff's Petition was served on Veolia Water North America - South, LLC and on Veolia Water North America Operating Services, LLC on September 16, 2011, by service of the petition on CT Corporation, as registered agent for Veolia Water North America - South, LLC. Less than 30 days have transpired since said service.

9. Defendants file with this Petition for Removal a copy of plaintiff's Petition in the State District Court action, served upon defendant (Exhibit A), which consititutes all the process, pleadings, and orders served upon defendant in said action.

10. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, in that it is a civil action wherein, upon information and belief, the matter in controversy

exceeds the requisite jurisdictional amount, exclusive of interest and costs, and is between citizens of different states.

**WHEREFORE**, pursuant to 28 U.S.C. § 1332, Veolia Water North America - South, LLC, Veolia Water North America Operating Services, LLC, and Zurich American Insurance Company remove to the United States District Court for the Eastern District of Louisiana the action commenced by plaintiff in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, *Irwin Wiles v. Veolia North America - South, LLC, et al.* pending under Docket No. 118-100, Division "B", and asks this Court to issue any necessary orders and process for the aforesaid action to proceed in this Court.

ROBERT E. KERRIGAN, Jr. (#7350)
ISAAC H. RYAN (#23925)
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Fax: (504) 566-1201
Attorneys for Defendants,
Defendants, Veolia Water North America - South, LLC, Veolia Water North America Operating Services, LLC, and Zurich American Insurance Company

4

 **CT Corporation**

**Service of Process Transmittal**
09/16/2011
CT Log Number 519163284

TO: Francis Ferrara, Associate General Counsel
Veolia Water North America
120 Water Street, Suite 212
North Andover, MA 01845

RE: **Process Served in Louisiana**

FOR: Veolia Water North America-South, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

TITLE OF ACTION: Irwin Wiles, Petitioners/Pltf. vs. Veolia Water North America, etc., et al. including Veolia Water North America-South, LLC, Dfts.

DOCUMENT(S) SERVED: Citation, Petition

COURT/AGENCY: 34th Judicial District Court, Parish of St. Bernard, LA
Case # 118100

NATURE OF ACTION: Personal Injury - On 08/29/10 - Petitioner was exposed to hazardous and toxic chemicals at Veolia's facility located at 500 Bonita Street, Chalmette, LA

ON WHOM PROCESS WAS SERVED: C T Corporation System, Baton Rouge, LA

DATE AND HOUR OF SERVICE: By Process Server on 09/16/2011 at 08:35

JURISDICTION SERVED: Louisiana

APPEARANCE OR ANSWER DUE: Within 15 days

ATTORNEY(S) / SENDER(S): Richard P. Voorhies III
Alvendia Kelly and Demarest, LLC
909 Poydras Street
Suite #1625
New Orleans, LA 70112
504-200-0000

ACTION ITEMS: CT has retained the current log, Retain Date: 09/16/2011, Expected Purge Date: 09/21/2011
Image SOP
Email Notification, Francis Ferrara francis.ferrara@veoliawaterna.com
Email Notification, Diane Nardone diane.nardone@veoliawaterna.com
Email Notification, Whitney Bateman whitney.bateman@veoliawaterna.com
Email Notification, Kathleen Lynch katie.lynch@veoliawaterna.com
Email Notification, Jessica Giles jessica.giles@veoliawaterna.com

SIGNED: C T Corporation System
PER: Lisa Uttech
ADDRESS: 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808
TELEPHONE: 225-922-4490

Page 1 of 1 / NB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT A

*IRWIN WILES*

*Versus*

**VEOLIA WATER NORTH AMERICA d/b/a VEOLIA WATER, VEOLIA WATER NORTH AMERICA-SOUTH, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICES, L.L.C., VEOLIA ENVIRONMENTAL SERVICES AND ZURICH AMERICAN INSURANCE**

*Case: # 118-100*
*Division:* **B**
*34th Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

TO:  VEOLIA WATER NORTH AMERICA-SOUTH
    THRU THEIR AGENT FOR SERVICE:
    C.T. CORPORATION SYSTEM
    5615 CORPORATE BLVD., SUITE 400B
    BATON ROUGE, LA  70808

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION FOR DAMAGES**.  The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 26TH day of AUGUST, 2011.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

LLB/ I. WILES

By: _____
Deputy Clerk

www.stbclerk.com

/S/Lisa L. Borden

---

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.

Returned Parish of St. Bernard_____, _____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in

Returned Parish of St. Bernard _____, _____.

_____
Sheriff

*IRWIN WILES*

34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

**FAX FILED**
NO. 118-700
AUG 26 2011
CLERK OF COURT
ST. BERNARD PARISH

**ORIGINAL RECEIVED**
DIVISION " "
AUG 29 2011
DEPUTY CLERK OF COURT
ST. BERNARD PARISH

IRWIN WILES

VERSUS

VEOLIA WATER NORTH AMERICA d/b/a VEOLIA WATER, VEOLIA WATER NORTH AMERICA-SOUTH, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICES, L.L.C., VEOLIA ENVIRONMENTAL SERVICES AND ZURICH AMERICAN INSURANCE

### PETITION FOR DAMAGES

The petition of IRWIN WILES, a person of the full age of majority and resident of the State of Louisiana, with respect represents:

1.

Made defendants herein are:

**VEOLIA WATER NORTH AMERICA d/b/a VEOLIA WATER**, (herein after referred to as VEOLIA) a corporation capable of suing and being sued and doing business in the State of Louisiana;

**VEOLIA WATER NORTH AMERICA-SOUTH, LLC**, (herein after referred to as VEOLIA) a corporation capable of suing and being sued and doing business in the State of Louisiana;

**VEOLIA WATER NORTH AMERICA OPERATING SERVICES, L.L.C.**, (herein after referred to as VEOLIA) a corporation capable of suing and being sued and doing business in the State of Louisiana;

**VEOLIA ENVIRONMENTAL SERVICES**, (herein after referred to as VEOLIA) a corporation capable of suing and being sued and doing business in the State of Louisiana;

**ZURICH AMERICAN INSURANCE**, a foreign insurance company doing business in this parish and state corporation capable of suing and being sued and doing business in the State of Louisiana;

2.

Defendants herein are jointly and in solido liable and indebted unto petitioners for such

damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, property damage, loss of earnings, loss of earning capacity, and temporary and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid; and for all costs of these proceedings, for the following to-wit:

3.

On or about August 29, 2010, Irwin Wiles, while working in the course and scope of his employment with SDT, was sent to Veolia's facility, located at 500 Bonita Street, Chalmette, Louisiana, where he was instructed by defendant, Veolia, to remove large amounts of a chemical product from its premises.

4.

Unbeknownst to Mr. Wiles, the chemical product which he was instructed to remove from Veolia's facility was hazardous and toxic to humans.

5.

During the chemical removal process and because of the negligence of Veolia and its employees / managers, petitioner, Irwin Wiles, suffered both an inhalation and skin exposure to the hazardous/toxic chemical product over a protracted period of time and, as a result, sustained severe bodily injuries as he was not properly protected from the hazardous and toxic material.

6.

Petitioner, Irwin Wiles, was not warned by defendant nor did he have any way of knowing that the chemical product was he told to remove was hazardous and toxic in nature.

7.

Furthermore, defendant, Veolia, and its employees / managers failed to provide Mr. Wiles with proper and adequate personal protective gear to remove the hazardous and toxic material from Veolia's premises.

8.

Defendant, Veolia, as owner and operator of the site in question, had a duty to exercise reasonable care and caution for the benefit of personnel it invited on their premises, including

plaintiff herein.

9.

As a result of the above mentioned incident and negligence of defendant, Irwin Wiles suffered severe and disabling injuries for which he is entitled to recover such damages as are reasonable in the premises.

10.

The sole and proximate cause of the above referenced incident was the collective negligence and fault of defendant, Veolia, which is attributed to but not limited to the following non-exclusive particulars:

a.) In failing to provide Irwin Wiles with the proper personal protective gear for the job to be performed despite having knowledge of the hazardous and toxic nature of the chemical product to be removed;

b.) In failing to inform/warn Irwin Wiles of the hazardous and toxic nature of the chemical product to be removed despite having knowledge of same;

c.) In failing to take the proper safety precautions/procedures to prevent the above mentioned incident from occurring;

d.) In failing to provide Irwin Wiles with proper and prompt emergency medical attention following the incident despite having knowledge of the hazardous and toxic nature of the chemicals to which he was exposed;

e.) In failing to properly train, monitor and/or supervise its employees in the process of removing and/or assisting in the removal of the hazardous and toxic and material;

f.) In failing to provide Irwin Wiles with information regarding the health hazards associated with exposure to the hazardous and toxic materials to be removed from its premises;

g.) In failing to properly monitor and/or supervise their invitees;

h.) In failing to properly monitor and/or supervise their worksite;

i.) In failing to take the proper safety precautions/procedures to prevent the above mentioned incident from occurring;

j.) In failing to know what they should have known; and

k.) Any and all other acts of negligence, which may be proven at the trial of this matter.

That no action or inaction on the part of the petitioner caused or contributed to the happening of the aforementioned accident.

11.

At all times pertinent hereto, it is believed that **ZURICH AMERICA INSURANCE**, a policy of liability to, **VEOLIA WATER NORTH AMERICA d/b/a VEOLIA WATER, VEOLIA WATER NORTH AMERICA-SOUTH, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICES, L.L.C., VEOLIA ENVIRONMENTAL SERVICES AND ZURICH AMERICAN INSURANCE**, insuring for the type of allegations and liability set forth, and as such therefore, **ZURICH AMERICA INSURANCE**, is liable to petitioner for damages.

Petitioner avers amicable demand to no avail.

12.

Petitioner pleads the doctrine of strict liability.

13.

Petitioner pleads the doctrine of res ipsa loquitor.

14.

Petitioner is entitled to and requests a trial by jury.

15.

Petitioner pleads the doctrine of vicarious liability and/or respondeat superior as it relates to defendants.

16.

Because of the aforementioned incident and negligence of defendant, petitioner, Irwin Wiles, suffered severe and disabling injuries, for which he seeks damages to be determined by this Court at the time of trial in the following particulars:

    a.) Past, present and future pain and suffering;

    b.) Past, present and future medical expenses;

    c.) Permanent and/or partial physical disability, disfigurement and/or impairment;

    d.) Past, present and future loss of enjoyment of life;

    e.) Present and future loss of income;

f.) Present and future loss of earning capacity;

g.) The fear and increased likelihood of development of cancer and other fatal and debilitating diseases;

h.) The fear and increased likelihood of development of damage to vital organs, reproductive system and central nervous system;

i.) The fear and increased likelihood of the occurrence and development of mutation;

j.) The fear and increased likelihood of birth defects in future offspring;

k.) Loss of consortium, services, and society.

**WHEREFORE**, petitioner, Irwin Wiles, prays that defendant, **VEOLIA WATER NORTH AMERICA d/b/a VEOLIA WATER, VEOLIA WATER NORTH AMERICA-SOUTH, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICES, L.L.C., VEOLIA ENVIRONMENTAL SERVICES AND ZURICH AMERICAN INSURANCE,** be duly cited to appear and answer this petition; that it be served with a copy of same; that after due proceedings had, there be judgment herein in favor of petitioner and against defendant for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid; for all costs of this proceeding; for all general and equitable relief; and for a trial by jury.

Respectfully submitted by:

Richard P. Voorhies III, La Bar No. 30782
ALVENDIA KELLY AND DEMAREST, LLC
Attorneys for Plaintiff
909 Poydras Street, Suite #1625
New Orleans, Louisiana 70112
Telephone #: (504) 200-0000
Facsimile: 504-200-0001

**PLEASE SERVE:**

**VEOLIA WATER NORTH AMERICA d/b/a**
500 Bonita Drive
Chalmette, LA 70034

**VEOLIA WATER NORTH AMERICA-SOUTH**
Through their agent for service
C.T. Corporation System

A TRUE COPY
Lena R. Torres
CLERK OF COURT
PARISH OF ST BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK
AUG 3 0 2011
/S/Lisa L. Borden

5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

**VEOLIA WATER NORTH AMERICA OPERATING SERVICES, L.L.C**
Through their agent for service
Through their agent for service
C.T. Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

**VEOLIA ENVIRONMENTAL SERVICES**
**500 Bonita Drive**
**Chalmette, LA 70034**

**Zurich American Insurance Company**
Through their agent for service
Louisiana Secretary of State
8585Archives
BATON ROUGE, LA 70809