**UNITED STATES DISTRICT FOUR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IRWIN WILES,** | * | **NO. 11-CV-02421** |
| Plaintiff | * | |
| | * | **SECTION: L** |
| **v.** | * | |
| | * | **DIVISION: 3** |
| **VEIOLA WATER NORTH AMERICA, ET AL.** | * | |
| Defendants | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PETITION FOR INTERVENTION

The Petition of Intervention of RODERICK ALVENDIA, J. BART KELLY, III AND JEANNE K. DEMAREST AND ALVENDIA KELLY AND DEMAREST, LLC persons of the full age of majority domiciled in the State of Louisiana, a limited liability partnership with its principal place of business in the State of Louisiana, respectfully represent:

I.

Intervenors assert that they are enrolled in this matter as counsel for Plaintiff(s), Irwin Wiles, [herein after referred to as plaintiff(s)].

II.

Plaintiff(s) contractually agreed to representation by intervenors and in connection therewith that intervenors would receive a contingency fee for their work based on recovery, plus all their costs and out-of-pocket expenses in connection with this litigation.

III.

Intervenors have expended various costs and out-of-pocket expenses on behalf of plaintiff(s) and have expended substantial amounts of time in the legal investigation and preparation of

plaintiff'(s) case.

IV.

Plaintiff(s) recently terminated intervenors' representation.

V.

Intervenors thus assert that they are entitled to a judgment recognizing and confirming their right for preference out of any settlement or judgment obtained by the plaintiff(s) from any and all defendants herein, together with all costs and expenses incurred by intervenors and for any funds advanced on behalf of plaintiff(s), based on the contract of representation and/or on the theory of quantum meruit.

WHEREFORE, intervenors pray for leave of Court to file this Petition of Intervention and pray that they be permitted to become a party to this action, that all parties hereto be served with a copy of this petition of Intervention, duly cited to appear and answer same, and after due proceedings had, there be judgment herein in favor of Intervenors, and against plaintiff(s) for any and all amounts which this court may find due and owing intervenors, including reimbursement of all out of pocket expenses, together with an amount representing intervenors' contingency fee and/or quantum meruit; and further, that all damages recovered by plaintiff in this matter be so apportioned in the judgments so that the claim of intervenors for attorney's fees and costs will take precedence over that of plaintiff's recovery, all together with legal interest thereon from date of judicial demand, until paid, and for all costs of this

intervention, and for all general and equitable relief.


                                              Respectfully submitted by:


                                               /s/Jeanne K. Demarest
                                              J. BART KELLY, III, 24488
                                              RODERICK ALVENDIA, 25554
                                              JEANNE K. DEMAREST, 23032
                                              ALVENDIA KELLY & DEMAREST, LLC
                                              909 Poydras Street
                                              Suite 1625
                                              New Orleans, La. 70112
                                              (504) 482-5811