UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IRWIN WILES** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 11-2421** |
| | * | |
| **VEOLIA WATER NORTH AMERICA** | * | **SECTION "L" (3)** |

## ORDER OF DISMISSAL

The Court having been advised that all of the parties to Civil Action No. 11-2421, entitled *Irwin Wiles v. Veolia Water North America*, have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana this 5th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE